UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-19-D

UNITED STATES OF AMERICA

v.

AKHILIES BETONEY SHEPARD

ORDER TO SEAL

On motion of the Defendant, Akhilies Betoney Shepard, and for good cause shown, it is hereby ORDERED that the **[DE 28]** be sealed until further notice by this Court.

SO ORDERED. This **30** day of October 2017.

JAMES C. DEVER III
Chief United States District Judge