UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Akhilles Bentoney Shepard**                    **Docket No. 7:08-CR-19-1D**

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Akhilles Bentoney Shepard, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and More Than 500 Grams of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 9, 2008, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Akhilles Bentoney Shepard was released from custody on November 7, 2017, at which time the term of supervised release commenced.

On April 2, 2018, a Violation Report was submitted to the court addressing new criminal conduct, Driving While License Revoked, that occurred in Wilmington, North Carolina. The defendant was verbally reprimanded, a cognitive intervention was applied, and supervision was continued.

On June 8, 2018, a Violation Report was submitted to the court addressing new criminal conduct, Driving While License Revoked and Failure to Stop at a Steady Red Light, that occurred in Wilmington, North Carolina. The defendant received a written reprimand, a cognitive intervention was applied, and supervision was continued.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 21, 2018, the defendant was charged in Wilmington, North Carolina, with Driving While License Revoked and Expired Registration Card/Tag (18CR707155). On October 15, 2018, the defendant was charged in Wilmington, North Carolina, with No Operator's License (18CR5163). As a sanction for this violation conduct, service of 20 hours of community service is recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401
Phone: 910-679-2030
Executed On: November 7, 2018

## ORDER OF THE COURT

Considered and ordered this __14__ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge